Brandt L. Wolkin, Esq., SBN 112220
Jennifer L. Elowsky, Esq. SBN 230739
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328
bwolkin@wolkincurran.com

Attorneys for Plaintiff,
NAVIGATORS INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>              Plaintiff,<br>     v.<br><br>TONY TU INDIVIDUALLY and dba HT CONSTRUCTION CO.;<br>DOES 1 THROUGH 30,<br><br>              Defendant. | Case No.:  3:11-cv-02210 SC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED RULE 26 DISCLOSURE DEADLINES** |

The Court being aware that there has been no appearance in this matter yet by defendants and good cause appearing therefor, continues the Case Management Conference currently scheduled for December 9, 2011 until March 30, 2012 at 10:00 am, in Department 1, 17th Floor, of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California.  The parties are to file one joint Case Management Conference Statement no later than seven days prior to the Case Management Conference. The FRCP Rule 26 disclosure deadlines are also continued commensurate with the continuance of the Case Management Conference.

**IT IS SO ORDERED.**

Date:  ____12/2/11_____          _____
                                     JUDGE
                                     UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA

1.

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND                CASE NO.:  3:11-CV-02210 SC
RELATED FRCP RULE 26 DISCLOSURE DEADLINES